STEVEN G. KALAR
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant GOBAR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 14-CR-00633 YGR |
| Plaintiff, | ) | **ORDER RE MEDICAL ASSESSMENT** |
| vs. | ) | |
| EUGENE TYRONE GOBAR, | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL SERVICE, 1301 CLAY STREET, FIRST FLOOR, OAKLAND, CALIFORNIA 94612

IS HEREBY ORDERED that the United States Marshal Service shall arrange to have Mr. Gobar transported to an appropriate hospital or medical facility so that he can be assessed for a colostomy reversal.  It is further ordered that if a colostomy reversal is recommended by a doctor at a hospital or other medical facility, Mr. Gobar should have the procedure while he is in the custody of the United States Marshal Service.

IT IS SO ORDERED.

July 17, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge